```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/24/2022  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANA MOTA and HECTOR J. MOTA,

                    Plaintiffs,

-against-

ARMELLINI EXPRESS LINES and DANIEL W. HUE.,

                    Defendants.

22 Civ. 2807 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On April 12, 2022, the Court set a briefing schedule for Plaintiffs' anticipated motion to remand this matter to state court, directing Plaintiffs to file their motion by May 10, 2022. ECF No. 6. Plaintiffs filed their motion—belatedly—on May 11, 2022. ECF No. 7. The same day, Plaintiffs were directed by the Clerk of Court to re-file their motion due to several deficiencies in their filing. *See id.* Plaintiffs have not yet done so. Accordingly,

1. By **May 26, 2022**, Plaintiffs shall correctly re-file their motion for remand;
2. By **June 16, 2022**, Defendants shall file their opposition; and
3. By **June 30, 2022**, Plaintiffs shall file their reply, if any.

       SO ORDERED.

Dated: May 24, 2022
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge