```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANA MOTA and HECTOR J. MOTA,

                Plaintiffs,

-against-

ARMELLINI EXPRESS LINES and DANIEL W. HUE.,

                Defendants.

22 Civ. 2807 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 12, 2022, the Court set a briefing schedule for Plaintiffs' anticipated motion to remand this matter to state court, directing Plaintiffs to file their motion by May 10, 2022. ECF No. 6. Plaintiffs filed their motion—belatedly—on May 11, 2022. ECF No. 7. The same day, Plaintiffs were directed by the Clerk of Court to re-file their motion due to several deficiencies in their filing. *See id.* On May 24, 2022, after Plaintiffs failed to correct these issues on their own, the Court directed Plaintiffs to correctly re-file their motion. ECF No. 8. Plaintiffs re-filed their motion the same day, ECF Nos. 9-12, but again, the Clerk of Court flagged a number of deficiencies in Plaintiffs' filing. Plaintiffs have made no attempt to correctly file their papers. In addition, Plaintiffs' motion is not accompanied by a memorandum of law, as required by the Court's Individual Practices in Civil Cases. Accordingly,

1. By **June 21, 2022**, Plaintiffs shall correctly re-file their motion for remand, with an accompanying memorandum of law. All filings must comply with the Court's Individual Practices in Civil Cases, and Plaintiffs must ensure that their filings are not subsequently deemed deficient by the Clerk of Court;
2. By **July 12, 2022**, Defendants shall file their opposition; and
3. By **July 26, 2022**, Plaintiffs shall file their reply, if any.

    SO ORDERED.

Dated: June 16, 2022
         New York, New York

ANALISA TORRES
United States District Judge