```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/28/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANA MOTA and HECTOR J. MOTA,

                Plaintiffs,

-against-

ARMELLINI EXPRESS LINES and DANIEL W. HUE.,

                Defendants.

22 Civ. 2807 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 16, 2022, the Court set a briefing schedule—for the third time—for Plaintiffs' motion to remand this matter to state court. ECF No. 13. This order came after multiple instances of Plaintiffs failing to properly file their motion in compliance with the Court's Individual Practices in Civil Cases and filing motions that were deemed deficient by the Clerk of Court. *See id.* The Court directed Plaintiffs to file their motion for remand, accompanied by a memorandum of law, no later than June 21, 2022. *Id.* To date, Plaintiffs have failed to do so. Accordingly, by **July 1, 2022**, Plaintiffs shall re-file their motion. **Failure to do so shall lead to further sanctions, including and up to dismissing this action for failure to prosecute.**

    Assuming Plaintiffs timely file their motion, Defendants' opposition shall be due on **July 22, 2022.** Plaintiffs' reply, if any, shall be filed by **August 5, 2022.**

    SO ORDERED.

Dated: June 28, 2022
       New York, New York

ANALISA TORRES
United States District Judge