```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIANA MOTA, et al.,

                                 **Plaintiff,**

                 -against-

ARMELLINI EXPRESS LINES, et al.,

                               **Defendants.**

------------------------------------------------------------X

**22-CV-02807 (SN)**

**<u>CIVIL CASE MANAGEMENT PLAN & SCHEDULING ORDER</u>**

**SARAH NETBURN, United States Magistrate Judge:**

    On May 15, 2023, the parties appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

    **Pleadings and Parties**. The parties may move to amend the pleadings or join additional parties until Tuesday, August 15, 2023. Any motion to amend filed after that date must satisfy the good cause standard of Rule 16(b)(4).

    **Discovery**. All discovery shall be completed by Friday, December 15, 2023. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Monday, October 30, 2023. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Thursday, November 30, 2023. All expert discovery shall be completed by Friday, December 15, 2023.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Monday, July 17, 2023. The letter should address any outstanding discovery disputes.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

**Summary Judgment Motion**. Any summary judgment motion shall be filed, without a pre-motion letter, by Monday, January 15, 2024.

**Trial**. The parties request a jury trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 16, 2023
         New York, New York