# LAW OFFICES OF LORNE M. REITER, LLC

14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

TEL. (212) 222-0955
FAX (212) 202-4784

LORNE M. REITER *

LAURA C. JOHNSON +
SHARON B. MORELAND #

* ADMITTED NEW YORK & NEW JERSEY
+ ADMITTED NEW JERSEY & COLORADO
# ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS

NEW JERSEY OFFICE

124 FIRST AVENUE
ATLANTIC HIGHLANDS, NJ 07716
(732) 747-9555
(732) 626-6800 FAX

lreiter@lreiterlaw.com

October 6, 2023

Magistrate Judge Sarah Netburn
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Mariana Mota and Hector Mota v. Armellini Express Lines and Daniel W. Hue
             Civil Action Number: 22-cv-2807

Honorable Madam:

    We represent defendants Armellini Express Lines and Daniel W. Hue with respect to the above-captioned matter. Kindly accept this joint status report and request for an extension of time to complete discovery.

    Written discovery has been exchanged and the plaintiffs' deposition were completed on September 12, and 13, 2023. Defendant Daniel W. Hue's deposition will be scheduled in short order.

    On September 25, 2023, the defendants served upon the plaintiffs supplemental post-deposition discovery demands. The plaintiffs have not yet responded to the demands.

    Plaintiff Mariana Mota is scheduled to appear for a defense orthopedic examination to take place on October 17, 2023. Plaintiff Hector Mota was scheduled to appear for a defense orthopedic examination on October 17th as well, however, Mr. Mota underwent right shoulder surgery on May 2, 2023. Dr. Baynes requires a minimum of 8 months to complete an orthopedic examination post-operatively. Hector Mota's defense orthopedic examination has been re-scheduled to take place on January 16, 2024.

    As depositions are not completed, the plaintiffs have not yet provided responses to the defendants' post-deposition written discovery demands and the defense orthopedic examination of Hector Mota will not take place until January 16, 2024, the parties respectfully request that fact and expert discovery end dates be extended for a period of 60 days.

**LAW OFFICES OF LORNE M. REITER, LLC**

Magistrate Judge Sarah Netburn
October 6, 2023
Page -2-

It is respectfully requested that:

- Disclosure of affirmative expert evidence be extended from October 30, 2023 until December 30, 2023.
- Disclosure of rebuttal expert evidence be extended from November 30, 2023 until January 31, 2024.
- The discovery end date be extended from December 15, 2023 until February 15, 2023.
- The deadline to file summary judgment motions be extended from January 15, 2024 until March 15, 2024.

Thank you for your consideration.

Respectfully submitted,

*s/Lorne M. Reiter*

LORNE M. REITER

LMR:lms
cc:   James Forde, Esq., jforde@omraniandtaub.com