**LAW OFFICES OF LORNE M. REITER**
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

TEL. (212) 222-0955
FAX (212) 202-4784

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/18/2024

LORNE M. REITER *

LAURA C. JOHNSON +
SHARON B. MORELAND #

* ADMITTED NEW YORK & NEW JERSEY
+ ADMITTED NEW JERSEY & COLORADO
# ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS

NEW JERSEY OFFICE

124 FIRST AVENUE
ATLANTIC HIGHLANDS, NJ 07716
(732) 747-9555
(732) 626-6800 FAX

lreiter@lreiterlaw.com

April 17, 2024


MEMO ENDORSED

United States Magistrate Judge Barbara Moses
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

    Re:    Mariana Mota and Hector Mota v. Armellini Express Lines and Daniel W. Hue
             Civil Action Number: 22-cv-2807

Honorable Madam:

We represent defendants Armellini Express Lines and Daniel W. Hue with respect to the above-captioned matter.

The parties jointly request an adjournment of the settlement conference scheduled to take place before your Honor on April 25, 2024.

The plaintiffs' counsel James Forde is scheduled to begin trial in Supreme Court of the State of New York, Westchester County on April 25, 2024, and I am scheduled to begin trial in Superior Court of the State of New Jersey, Middlesex County on April 22, 2024.

After learning of the court's availability, the parties jointly consulted and are available to appear for a settlement conference before your Honor on May 28, 2024 at 2:15 p.m.

Thank you for your consideration.

Respectfully submitted,

s/Lorne M. Reiter

LORNE M. REITER

LMR:lms
cc:    James Forde, Esq., jforde@omraniandtaub.com

---

Application GRANTED. The parties' confidential settlement letters (*see* Dkt. 37 ¶ 2) are now due by May 21, 2024.
**SO ORDERED.**

_____
**Barbara Moses
United States Magistrate Judge
April 18, 2024**