```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIANA MOTA, et al.,

                 Plaintiff,

    -against-

ARMELLINI EXPRESS LINES, et al.,

                 Defendants.

-----------------------------------------------------------------X

22-CV-02807 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties are directed to meet and confer regarding whether any party intends to file a motion for summary judgement or if the parties wish to schedule a trial date. If any party intends to file a motion for summary judgement, the parties should propose a reasonable briefing schedule. The parties shall submit a joint letter on the docket addressing these issues by October 8, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 30, 2024
          New York, New York