LAW OFFICES OF

# OMRANI & TAUB, P.C.

**488 MADISON AVENUE – 20th FLOOR**
**NEW YORK, NEW YORK 10022**
TEL: (212) 714-1515
FAX: (212) 599-5551

**(212) "LAW-SUIT"**

WWW.OMRANITAUB.COM
WWW.212LAWSUIT.COM

**PARTNERS**
MICHAEL A. TAUB, ESQ.
ALEX A. OMRANI, ESQ.
ISAAC ARASTEH, ESQ.

**ASSOCIATE ATTORNEYS**
JAMES L. FORDE, ESQ.
AVI DAVIDOV, ESQ.
DEAN PAVLOS, ESQ.
JOSEPH LEVY, ESQ.
ANGELA WILLIAMS, ESQ.
MOHAMMED AYOUB, ESQ.

**QUEENS OFFICES:**
80-01 Broadway
Elmhurst, NY 11373
(718) 714-1515

75-26 Broadway
Elmhurst, NY 11373
(718) 714-1515

**WESTCHESTER OFFICE:**
76 S. Lexington Ave.
White Plains, NY 10606
(914) 714-1515

October 2, 2024

<u>**VIA ECF:**</u>
Hon. Sarah Netburn
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      RE:    MOTA et al. v. ARMELLINI EXPRESS LINES, et al.
              Case No.: 1:22-cv-02807-SN
              **Joint Status Report**
              **Motion for Leave to File Motion to Preclude Testimony by Defendant-Driver,**
              **Daniel Hue**

Dear Honorable Netburn:

      Please allow this letter to serve as a joint status report on behalf of the parties pursuant to the *Order* dated September 30, 2024 (Doc. No. 46) in the above-referenced matter.

      Plaintiffs intend on filing a motion for summary judgment, and as such, Plaintiffs respectfully request leave to file a motion to preclude testimony by the Defendant-driver, Daniel Hue, on the issue of liability and summary judgment based upon such preclusion.

      The Plaintiff respectfully request that they be permitted to prepare a formal motion in limine/preclude on papers in connection herewith.

      The parties propose the following briefing schedule:
- Motion to preclude/motion for summary judgment to be filed on or before November 1, 2024;
- Opposition, if any, to motion to preclude/motion for summary judgment to be filed on or before November 22, 2024;
- Reply to Opposition to motion to preclude/motion for summary judgment, if any, to be filed on or before November 29, 2024;

This Joint Status Report is being e-filed on consent of the parties.

Thank you for your attention to this matter.

                                                     Respectfully,

                                                     *James L. Forde*
                                                     JAMES L. FORDE, Esq.

cc. via email & ECF:
LAW OFFICES OF LORNE M. REITER, LLC
*Attorneys for Defendant*s
14 Wall Street, 20th Floor
New York, New York 10005
(212) 222-0955
Lreiter@lreiterlaw.com