UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| MARIANA MOTA and HECTOR J. MOTA, | CIVIL ACTION |
| | 1:22-CV-02807-SN |
| Plaintiffs, | |
| -against- | NOTICE OF MOTION TO |
| | PRECLUDE & SUMMARY |
| ARMELLINI EXPRESS LINES and | JUDGMENT ON LIABILITY |
| DANIEL W. HUE, | & STRIKE DEFENSES |
| | FRCP 37 and FRCP 56 |
| Defendants. | |

_____X

PLEASE TAKE NOTICE that the Plaintiffs MARIANA MOTA and HECTOR J. MOTA by their counsel OMRANI & TAUB, P.C. respectfully request that the Court:

1. Pursuant to FRCP 37 preclude the defendants ARMELLINI EXPRESS LINES and DANIEL W. HUE from offering testimony or evidence at the time of trial on the question of liability based upon their failure to appear at depositions; and

2. Pursuant to FRCP 56, upon such preclusion grant summary judgment on the question of liability in favor of the plaintiffs since there are no genuine disputes as to any material fact and the movant is entitled to judgment as a matter of law; and

3.  Strike and dismiss any affirmative defenses raised sounding in "comparative fault" or failure to use available seat belts; and

4.  Set this matter down for a trial on issues concerning damages only; and

5.  Grant such other and further relief as to this Court may seem just and proper.

In support of this motion, the plaintiffs by counsel submit the Declaration/Affirmation of James L. Forde, Esq. with Exhibits "1" through "17" and accompanied by a Memorandum of Law.

Dated: New York, New York
October 21, 2024

*James L. Forde, Esq.*
James L. Forde, Esq.
JLF9684
OMRANI & TAUB, P.C.
488 Madison Avenue - 20th Flr.
New York, New York 10022
(212) 714-1515
jforde@omraniandtaub.com

TO: Law Offices of LORNE M. REITER, LLC
*Attorneys for Defendants HUE and ARMELLINI EXPRESS*
14 Wall Street - 20th Floor
New York, New York 10005
(212) 222-0955