```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIANA MOTA, et al.,

                          Plaintiffs,                    22-CV-02807 (SN)

        -against-                                **ORDER**

ARMELLINI EXPRESS LINES, et al.,

                          Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 4, 2024, the Court approved the parties' briefing schedule for Plaintiffs' motion to preclude and motion for summary judgment. ECF No. 48. According to the briefing schedule, Defendants' opposition to both Plaintiffs' motion to preclude and motion for summary judgment was due no later than November 22, 2024. Nothing has been filed by Defendants. Defendants are ORDERED to file their oppositions no later than Monday, December 2, 2024. If the Defendants do not file an opposition by that date, the Court will consider Plaintiffs' motions unopposed. Should Defendants file their oppositions by December 2, 2024, Plaintiffs' deadline to file a reply is extended until December 9, 2024.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    November 26, 2024
                 New York, New York