```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIANA MOTA, et al.,

                               Plaintiffs,                    22-CV-02807 (SN)

            -against-                                         **ORDER**

ARMELLINI EXPRESS LINES, et al.,

                               Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 2, 2024, both parties filed letters regarding Defendants' opposition to Plaintiffs' motion to preclude and motion for summary judgment. A conference is scheduled for Thursday, December 12, 2024, at 11:00 a.m. The purpose of the conference is to discuss Defendants' position with respect to Plaintiffs' pending motions and to set deadlines for pretrial papers and trial. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     December 3, 2024
               New York, New York