UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 12/20/2024 __

MARIANA MOTA, et al.,

                                    Plaintiffs,                    22-CV-02807 (SN)

              -against-                                            **ORDER**

ARMELLINI EXPRESS LINES, et al.,

                                    Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On December 16, 2024, Plaintiffs filed a proposed order (1) granting Plaintiffs' motion to preclude the testimony of the defendant driver Daniel W. Hue at the time of trial; (2) granting Plaintiffs' motion for summary judgment on the question of liability; and (3) dismissing multiple affirmative defenses sounding in "comparative fault." ECF No. 57. Plaintiffs filed a subsequent letter asking the Court to allow Defendants an opportunity to review the proposed order. ECF No. 58. Defendants have not informed the Court of their position on Plaintiffs' proposed order. The Defendants are ORDERED to file a letter no later than January 3, 2025, stating their position on the proposed order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 20, 2024
            New York, New York