UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIANA MOTA, et al.,

                            Plaintiffs,

          -against-

ARMELLINI EXPRESS LINES, et al.,

                          Defendants.

------------------------------------------------------------X

22-CV-02807 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have notified the Court that a settlement has been reached. ECF No. 66. Accordingly, it is ORDERED that this action is dismissed with prejudice, provided, however, that no later than May 14, 2025, counsel for the plaintiffs may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 14, 2025
              New York, New York